SEALED

BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

FILED

SEP 20 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

IN THE MATTER OF THE                )   2:13-SW-612 KJN
APPLICATION OF THE UNITED STATES    )
OF AMERICA FOR SEARCH WARRANTS      )
CONCERNING:                         )
                                    )   **SEALING ORDER**
                                    )
12035 Puffball Court,               )
Smartsville, CA 95977               )   **UNDER SEAL**
                                    )
11935 Hutto Road,                   )
Smartsville, CA 95977               )
                                    )
                                    )
                                    )
                                    )

Upon application of the United States of America and good cause having been shown,

**IT IS HEREBY ORDERED** that the file in the above-captioned matters be, and are, hereby ordered sealed until further order of this Court.

DATED: September 20, 2013

_____
Hon. KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE